WILLIAM ATKINS, *Plaintiff in Error*, v. THE STATE OF
FLORIDA, *Defendant in Error*.

Opinion Filed November 4, 1913.

Where the only point presented to an appellate court for deter-
mination is as to the sufficiency of the evidence to support the
verdict, and such court finds that there is ample testimony
for that purpose and there is nothing whatever to show that
the jurors were not governed by the evidence in arriving at
their verdict the judgment must be affirmed.

Writ of error to Circuit Court, Leon County; J. W.
Malone, Judge.

Judgment affirmed.

*W. C. Hodges,* and *Francis B. Winthrop,* for Plaintiff
in Error;

*T. F. West,* Attorney General, and *C. O. Andrews,* As-
sistant, for the State.

SHACKLEFORD, C. J.—William Atkins was convicted of
the statutory offense of having carnal intercourse with an
unmarried female under eighteen years of age and
sentenced to confinement in the State Prison for the
period of one year. This judgment and sentence he seeks
to have reviewed here by writ of error.

The sole assignment urged before us is based upon the
overruling of the motion for a new trial, which questions
the sufficiency of the evidence to support the verdict. We
find from the transcript that, while there are conflicts
in the testimony, there is ample testimony to warrant a
conviction and there is nothing whatever to show that
the jurors were not governed by the evidence in arriv-
ing at their verdict. Applying the test, which we have
admitted and applied in a number of cases, as to whether

or not the jurors acting as reasonable men could have found the verdict, we find that this question must be answered in the affirmative. See Smith v. State, 65 Fla. 56, 61 South. Rep. 120, and cases there cited. Also see McClellan v. State, decided here at the present term.

Judgment affirmed.

TAYLOR, COCKRELL, HOCKER AND WHITFIELD, J. J., concur.